**IN THE**
**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS-BOSTON DIVISION**

Prof. Ron Veatch, of Law, et. al.,          :
Rocky Navarro, R. Sealander,
Affirmative Treason Joinders A-Z,           :
The Peoples Constitutional
De Jure Government of the United            :
States of America                               Case No.: *05-40145-DPW*
                    petitioners,            :
                                                Hon. Nancy Gertsner
                                            :

                                            :

v.                                          :

                                            : *Superceding*
                                            : *Complaint*
George W. Bush, et. al.,                     : *Notice of Joinders A-Z*
David Winn, Warden F.M.C. Devens,           : *This is a verified Treason*
De Facto Political Regime Of The              *Complaint*
United States, President, Congress,         :
Senate, Judiciary, Police Officers,
Agents and Employees A-Z                    :
                    defendants.             :
                                          ooOoo

**PETITION FOR THE GREAT WRIT OF HABEAS CORPUS**
**PURSUANT TO UNITED STATES CONSTITUTION ARTICLE I §9, cl. 2**
**AND NOT POST CONVICTION STATUTORY REMEDY 28 USC §2241**
**IN RE:  TREASON IN THE VIOLENT OVERTHROW OF THE**
**UNITED STATES' CONSTITUTION JUSTIFYING REVERSAL OF**
**FEDERAL POLICE STATE CONVICTIONS NOT AUTHORIZED**
**IN ARTICLES I §8, cl. 3;  II §1, cl. 8;  VI cl.3;**
**AND AMENDMENT 14;  WITH INCORPORATED BRIEF**

Petitioners Ron Veatch, Rocky Navarro, Affirmative Treason

Joinders A-Z, et. al, are all and separate political prisoners

being held at a Federal Gulag, i.e.; Federal Medical (Human

Extermination Camp) Center Fort Devens in Ayer, Massachusetts and

whereupon bring this Petition For Habeas Corpus relief under

Article I, §9, cl. 2 of the Constitution of the United States of America for their release from Federal custody.

Petitioner's affirm treason as a basis for such unconstitutional judgments, seizures, arrests, indictments, convictions and imprisonments for themselves and Joinders A-Z and all United States of America citizens so concerned. Further, petitioner's move this Court to order petitioner's and Joinder's release from unconstitutional and treasonable imprisonment caused by a violent de facto Federal Police State, that is clearly prohibited in the Federal Constitution, pursuant to Oaths of Constitutional Office, Articles II, §1, cl. 8; VI, cl. 3; and Amendment 14. In support thereof, petitioner's state:

I.                          **JURISDICTION**

This Court has jurisdiction through the Constitution of the United States pursuant to Articles I, §9, cl.2; II, §1, cl. 8; II, §2, cls. 1, 2 & 3; §3, cl. 1; VI, cl. 3; Amendment 14 and as applied to the Bill of Rights, Amendments 1-6 as authorized in Limited Government Articles I-VI in toto

———————————————————

Article I, §9, cl. 2 of the Constitution of the United States of
America for their release from Federal custody.

Petitioner's affirm treason as a basis for such unconstitutional
judgments, seizures, arrests, indictments, convictions and
imprisonments for themselves and Joinders A-Z and all United States
of America citizens so concerned. Further, petitioner's move this
Court to order petitioner's and Joinder's release from unconstitutional
and treasonable imprisonment caused by a violent de facto Federal
Police State, that is clearly prohibited in the Federal Constitution,
pursuant to Oaths of Constitutional Office, Articles II, §1, cl. 8;
VI, cl. 3;  and Amendment 14.  In support thereof, petitioner's state:

I.                          JURISDICTION

This Court has jurisdiction through the Constitution of the
United States pursuant to Articles I, §9, cl. 2;  II, §1, cl. 8;
II, §2, cls. 1, 2 & 3;  §3, cl. 1;  VI, cl. 3;  Amendment 14 and
as applied to the Bill of Rights, Amendments 1-6 as authorized in
Limited Government Articles I-VI in toto, and pursuant to 28 USC
§2241.

This is a case and controversy that qualifies both as actual

---

**NOTE**

**BILL OF RIGHTS, AMENDMENTS 1-10**
**or**
**A BILL OF OPTIONS OR MAYBES**

**UNCONSTITUTIONALITY AND TREASON**

(1)  It's difficult to adjust the implications of massive treason that the
President of the United States has conspired with the Federal Judiciary and
Congress by inciting treason in the violent overthrow of the Bill of Rights,
to We the People. However, its imperatives have worked well to deny fair trials,

jurisdiction and personam jurisdiction.

## II. PARTIES TO THIS CONTROVERSY

(a) Ron Veatch is a trained and educated law professor whom the Federal De Facto Regime officers deem as radical due to his views of pro-Constitution and limited government powers in respecting the integrity of the Federal Constitution and upholding the clear language, limitations,a nd facts doctrines in supporting the Constitution and its supposed limited Federal powers. Professor Veatch is President of The Peoples Constitutional De Jure Government of the United States of America and he and his government officials abolished both the Democrat and Republican political parties, a.k.a. Republicrats, by and through the Declaration of Independence, paragraph 2. The Joinders in common and Veatch together affirm and verify that defendants (Judges, the President, all members of the U.S. Senate and House of Representatives, a.k.a. Republicrats, i.e.: de facto Political (Subdivisions) Regime and its Federal Police State, namely the FBI, DOJ, S.S., DEA, ATF, Homeland Security Agency, U.S. Military and all 190 Federal Police Groups), have in fact committed treason in the violent overthrow of these United States,

---

due process, access to the Courts, freedom of religion, confrontation, equal protection, assistance of counsel, grand juries, bail, illegal search and seizure, rights of freedom of speech and expression, rights to own guns, right to subpoenas, jurors of our peers and our right to limited federal political regimes governments. This treasonable blasphemy must not continue. Impersonation of Constitutional deformity, courtesy of our federal judicial insolence, in direct violation of judges' Oaths of Constitutional Office is impermissible. It's immoral. It's **TREASON**!!

(2) Congress may pass law, i.e.; Statutes and propose **Rules**, but **SHALL NOT** pass law or propose rules that violate the clear and intended language and purpose of the Federal Constitution's "Fact and Limitations Doctrines". The Prison Litigation

-3-

its Federal Constitution and against We The People as each of **us** were seized, arrested, indicted, convicted and imprisoned in a United States of America gulag through defendants' treasonable usurpation of police powers specifically not granted to these defendants, nor to the Federal Regime.

(b) Defendants George W. Bush, et. al. is the current de facto President of the Republicrats Political Party, i.e.: Political Subdivision, who stole the elections to the Presidency through massive judicial corruption in the United States Supreme Court, and conspired to and did together, with all Federal de facto employees, officers, judges and politicians to violently overthrow the Government of these United States by Acts of Treason and did so.

Warden Winn is a lower ranking employee of George W. Bush, but is the direct "Federal Police State Unconstitutional Custodian" of Ron Veatch and other Joinders in Treason herein.

III.                    **CONSTITUTIONAL TREASON**

(a) The Constitutional Facts, Limitations and Plain/Clear Language Doctrines within the United States Constitutions' Articles I-VI in toto, and Amendments 1-10 and 14 apply to all Political

---

Reform Act is unconstitutional, as is the exclusionary rule "passed by the Courts" without any effect of Congressional legislation, and is, in clear language, "**AN ACT OF TREASON**." See: **U.S. Constitution, Art. III, §1, cl. 1 and §3, cl. 1.** The Courts, nor the President nor Congress may overthrow or rewrite the Constitution, just because they are politically motivated: by political jealousy, corruption or bribery to do so. The Federal Courts, Congress and the President have suspended **U.S. Constitution Articles I-VI** in toto and **I, §9, cl. 2 et. seq.** and rewrote the Commerce Clause, **Article I, §8, cl. 3** in toto making it the Police Clause --- **THAT'S TREASON**". Our founding fathers, i.e.: The Framers of the Constitution, made it perfectly clear; "the Federal Regime was stripped of Police Powers to prevent future tyranny." **Federalist, 1-84; Declaration of Independece, para. 2** and the

-4-

Subdivisions, including the Republican and Democratic "Political

Parties" Subdivisions, and others, as to Political Parties

authority and powers under the Federal Constitution.  When these

Political Parties herein, through George W. bush and his de facto

Congress, Senate and Federal Courts intentionally exceed their

limitations as factually languaged in the Federal Constitution, that

is **TREASON**.  When defendants, through their political parties, use

force and violence to impose unconstitutional powers and actions

against We The People, States and Constitution, that is the violent

overthrow of the government of these United States.  i.e.: **HIGH**

**TREASON** has been committed, which is the case in chief herein.

George W. bush, et. al. and his de facto Political Parties

Subdivision before taking federal Constitutional office had to agree

to support and/or defend the Constitution of these United States

as a Limited Government with defined authority and powers.

Defendants intentionally, with malice and forethought, violently

overthrew the Federal Constitution's clear language and factual

limitations doctrines in violation of United States Constitutional

Articles I-VI;  I, §8, cl. 3;  §9, cl. 2;  II, §1, cl. 8;  III, §2,

cl. 3;  VI, cl. 3 and Amendment 14, Oaths of Constitutional Office,

---

Committee of Detail records adopted as by-laws for clarifying what each Article,
Section, Clause and Amendments' purposes and definitions are/were in fact written
to halt the Federal Regime and Empower We the People.  The current **NAZI** Regime,
i.e.; enemy to them/people/States/Constitution, in Washington D.C., is given aid
and comfort by these Federal Courts and that is **TREASON**.  **Article III, §3, cl. 1;**
**Article III, §1, cl. 1**.

**(3)  Retroactivity Application:**  This is a judicial con-job in saying to the
People, we decide whether or not to allow you the present Constitutional fair
trials, grand juries and so damned what if our fellow judicial thugs, i.e.: cops
and Officers of the Court, screw you, it's harmless error.  There are no harmless

at III, §3, cl. 1, et. seq.

Today we deal with that Constitutional treason and resolution, hopefully in a way and means to restore Constitutional facts, limitations and clear language doctrines to save ourselves from the continual violent overthrow of our Nation, our way of life and our Constitution. Most of all, to restore a competent and well balanced independent Federal Judiciary that have/has become puppets and rubber-stamping venues for pro-political Party Subdivisions' Nazism.

Federal Judges and State Judges are required by Oath of Constitutional Office under Article VI, cls. 2 & 3 of the United States Constitution to do as ordered, [SHALL]. Said Article and clauses command (in pertinent part):

> "This Constitution, and the Laws of the United States which **SHALL** be made **IN PURSUANT THEREOF;** and all Treaties made, or which shall be made, under the **AUTHORITY** of the United States **SHALL** be the **SUPREME LAW OF THE LAND;** and the **JUDGES IN EVERY STATE SHALL BE BOUND THEREBY**, and any Thing in the Constitution or Laws of any State to the Contrary notwithstanding."

**i.d.** Art. VI, cl. 2 U.S. Const. (emphasis added)

> "The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and **JUDICIAL OFFICERS, BOTH OF THE UNITED STATES AND OF THE SEVERAL STATES, SHALL BE BOUND BY OATH OR AFFIRMATION, to support this Constitution;..."**

---

errors nor qualification allowed under the Bill of Rights. These are **RIGHTS**, not options as the Government courts scheme to manipulate into a Bill of Rights for this evil political Empire. The Constitution does not allow add-on words or the rewriting of Constitutional language, that's why we have dictionaries from the Conception of our Constitution. Both, Old English Blackstone, Blacks Law Dictionary along with various Latin dictionaries from 1681 to 1840 have a clarifying establishment clause for assurity of the plain meaning of the Federal Constitution. It's important for Mr. Judge Torres to note our entire government, i.e.: The Constitution and its euphoric intent was developed from a Latin Constitution. The Constitution is deducible from the Magna Carta, not, King James. Our purpose of

-6-

**i.d.** Art. VI, cl. 3, U.S. Const. (emphasis added).

> "...**No State SHALL** make or **enforce** any law which **SHALL abridge** the **privileges** or immunities of citizens of the United States;"

[Note that the clear language states "citizens of the United States" not the Federal District, Territories or ceded areas].

> "...nor **SHALL** any State deprive any person of life, liberty..."

[The **Bill of Rights, Amendments 1-10** are **MANDATORY LIBERTY RIGHTS** that the defendants' political subdivisions **SHALL NOT PASS LAWS** in an attempt to overthrow the Clear Language of the Federal Constitution including the **RIGHT** guaranteed under the Second Amendment to the Constitution, "...the **RIGHT** of the people **to keep and bear Arms SHALL NOT BE INFRINGED.**" (**i.d.**, Amendment II, U.S. Const.), but that is what **18 U.S.C. §921-§930** have done in the violent overthrow of the Constitution.]

> "...or property, without due process of law; nor deny to a person within..."

[Includes foreign and immigration citizens and laws].

> "...its jurisdiction the equal protection of the laws."

[However that is exactly what the Federal De Facto Regime Courts have done through enhancements in the U.S. Sentencing

establishing the "American Colonies" was to overthrow the tyrannical Kingdom of England and its Star Chamber terrorism that allowed the Kings' whore judges to inflict unbearable pain, suffering and mass murders without any rights to the People. We violently overthrew the Kings' terrorist thugs and over a 20 year period, carefully developed the Federal Constitution, based upon and in large part, the Magna Carta. The framers' purpose was to do away with a solecism and savagery of the English Kings' brutal regime through Titles of Nobilities (above the law which prohibits Immunity to judges and politicians alike), and create a government of the People and forever end the Star Chamber (in)justice.

-7-

Guidelines to immigrants and citizens alike]

**i.d.**, Amendment 14, §1, U.S. Constitution. (emphasis and internal remarks added).

> "No person **SHALL** be a Senator or Representative in Congress, or elector of President and Vice President, **or hold any office**, civil or military, under the United States, or under any State, who, having previously taken an oath, as a member of Congress, or as an officer of the United States,..."

[Officer of the United States is all Federal Judges, Congress-persons, Senators, President, Vice President and all Federal employees thereunder].

> "...or as a member of any State legislature, or as an executive or judicial officer of any State, **to support the Constitution of the United States**, **SHALL** have engaged in **INSURRECTION OR REBELLION** against the **SAME**, or given aid **OR** comfort to the **enemies** thereof...."

**i.d.**, Amendment 14, §3, cl. 1, U.S. Const. (emphasis and internal remarks added).

We need not debate the facts, but for clarity the petitioner's jointly affirm and accuse all Federal and State members, officers, employees, Congresspersons, Senators, Judges and defendants of providing aid or comfort to the enemies of We the People of the United States, the 50 States and Constitution. i.e.; Government

---

**(4)** The American dream and Constitution are dead. Today the Star Chamber injustice is everywhere. Titled of Nobility are only for the treasonable Federal and State Judges and Politicians called Immunity for their treason and/or unconstitutional Acts. Jury trials are gone, as the Court, i.e.; Regime selects the grand jurors of pro-regime and anti-constitutional people, usually relatives of cops, judges and government officials or employees. Assistance of Counsel and fair trials are dead, as the U.S. Supreme Court stated in **Keller v. State Bar of California**, 496 U.S. 1, 9-10, 110 L.Ed.2d 1 (1982) "Attorneys at law are agents of the government." i.d., and the government court refuses to allow criminal defendants,

of the United States, in the violent overthrow stated herein.

Joinders and petitioner Veatch in open court, SWEAR UNDER
OATH, that George W. Bush, and his entire De Facto Political
Subdivisions did in fact, and continue to commit, TREASON as
defined in **Article III, §3, cl. 1 of the Constitution** in violation
of their Oaths of Constitutional Offices.  This of course includes
all State and Federal Judges.

George W. Bush was sworn by Oath to:

> "Before he [President/Vice President] enter on the
> Execution of his Office, he **SHALL** take the following
> **Oath or Affirmation**:  'I do solemnly swear **(or affirm)**
> that **I will faithfully execute the Office** of President..."

[We assume this does not mean murder the Constitution as
Mr. Bush has done]

> "...of the United States, and **WILL** to the best of my
> Ability, **PRESERVE, PROTECT AND DEFEND THE CONSTITUTION**
> of the United States.'"

**i.d.**, U.S. Constitution, Art. II, §1, cl. 8 (emphasis and internal
remarks added).

Mr. Bush, Congress, The Senate and the Judiciary both State
and Federal, and all of their officer, employees and agents have
violently overthrown the Constitution of the United States of America
by passage of Treasonable Federal Police State Criminal Laws and

---

as is the case with Oscar Caba, to represent themselves with their chosen
assistance of counsel and was also the case of Ron Veatch, thus the intent is to
spy and undermand criminal defendants so that fair trials are non-existent and
then hold the citizens accountable for the malicious acts of their Attorneys At
Law whom the Court insists is the only people who may provide assistance of counsel
to criminal defendants.  Evidence and witnesses, like subpoena powers are again
decided, by a government agent, i.e., the COP/Prosecutor calling himself "a non
biased judge."  That we all know is rank absurdity and an accessory to treason.
The justice system, is injustice and incompatible to the Constitution's Bill of
Rights.

-9-

exercising a Federal Police State Power to arrest, indict, convict and imprison "We the People" a.k.a. petitioner and Joinders in Treason Verification and millions of other holocaust citizen victims.

Thus, we no longer acknowledge and/or consent to the current de facto Federal Political Subdivision as the legitimate and authorized federal regime. In doing so, We exercise **OUR** Rights through the "De Jure Government" herein to throw off George W. Bush and the entire de facto in power Regime through the "Declaration" of Independence, paragraph 2, that states:

> "We hold these Truths to be self-evident, that all Men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the Pursuit of Happiness--That to secure these Rights, Governments are instituted among Men, deriving their just Powers from the Consent of the Governed, that whenever any Form of Government become destructive of these Ends, it is the Right of the People to alter or to abolish it, and to institute new Government, laying its Foundation on such Principles, and organizing its Powers in such Form, as to them shall seem most likely to effect their Safety and Happiness. Prudence, indeed, will dictate that Governments long established should not be changed for light and transient Causes; and accordingly all Experience hath shewn, that Mankind are more disposed to suffer, while Evils are sufferable, than to right themselves by abolishing the Forms to which they are accustomed. But when a long Train of Abuses and Usurpations, pursuing invariably the same Object, evinces a Design to reduce them under absolute Despotism, it is their Right, it is their Duty, to throw off such

(5)   The judicial con-job of the Century is called retroactivity, which ejaculates the Bill of Rights into painstaking judicial effrontery that Judicial effigy makes clear that the Federal Courts have **NO** moral integrity and no public reputation, as this rogueness is what it is;   **TREASON!!**

(6)   The Constitution does not say, that someone who is denied a fair trial and every damned right under the Bill of Rights cannot correct judicial travesty, it makes it clear, that We the People are absolutely entitled to a fair trial and no illegal searches and seizures shall exist unless upon a qualified warrant by affidavit. In fact, guilty pleas are acts of treason under **Article III, §2, cl. 3**

-10-

Government, and to provide new Guards for their future Security."

We adopt the Declaration as to paragraphs 1-31 as a basis of Constitutional treason, and especially as to paragraph 31, as it so elegantly states:

"...We have warned them from time to time of Attempts by their Legislature to **EXTEND** an unwarranted **JURISDICTION OVER US**.  They too have been deaf to the **VOICE OF JUSTICE** and of Consanguinity....  We Hold them as Enemies."

[Defendants George W. Bush and his De Facto Political Subdivisions, et. al.].

Mr. Bush and his treasonable gang have passed criminal laws knowing the same is prohibited by and through the Constitution of the United States to their Federal Regime and its cesspool politicians in Washington, D.C. and Mr. Bush has used abuse of power in the intentional, reprehensible and malicious violation of his Oath to Protect and Defend the Constitution of the United States, thus constituting **TREASON** in the violent overthrow of the Constitution.

The Federal Regime's Political Subdivisions have **NO** Federal Police Powers under the Commerce Clause pursuant to **Article I, §8, cl. 3 of the Constitution of the United States of America**.

---

as all crimes **SHALL BE** by jury, not a bozo government cop, i.e., judge. Where in the U.S. Constitution does it say that Habeas Corpus (**Article I, §9, cl. 2**), can be judicially/governmentally withdrawn in favor of **28 U.S.C. §2255** and prohibits justice on corrupt judicial terrorism called retroactivity?  That is an absurdity, that these sore judges and their D.C. pimps, would overthrow fair trials, blatantly for **20 YEARS** under the United States Sentencing Guidelines (U.S.S.G.) via denial of **FAIR TRIALS** and then have the ephemeral fascism to tell the millions of of People they have screwed over and railroaded over their objections and appeals, as is the case herein, that a person and/or We the People are not entitled for relief because WE the Government Court screwed you the first time and you'll stay screwed because WE the fascist thugs that railroaded you and denied you a fair trial, have conjured

However, the President and Congress have **LIMITED** Police Powers
pursuant to **Articles I, §8, cl. 6 & 10 and III §3, cl. 1** of the
Constitution or more specifically **for TREASON**. The Commerce Clause
is **NOT** called the Police State Clause for a non-specific purpose.
The Committee of Detail, a.k.a. the Framers of the Constitution, and
as demonstrated in the **Federalist Papers 1-84**, (Both are the By-Laws
to the Constitution), prohibited Federal Police Power to the Central
regime to prevent **"FUTURE TYRANNY"**. That future tyranny is **TODAYS'**!!
See: **Federalist No. 84.**

George W. Bush and his de facto Regime Courts have erected
and formed **NEW STATES** through sneaky ways and means called Federal
District Courts and U.S. Courts of Appeals. Thus, formed and
erected within the States **Jurisdiction** in operating a treasonable
Police State. This of course violated **Article IV, §3, cl. 1 of the
Constitution** which states:

> "New States may be admitted by Congress into this Union,
> **BUT NO NEW STATES SHALL BE FORMED OR ERECTED WITHIN THE
> JURISDICTION OF ANY OTHER STATE**, nor any State be formed
> by the Junction of two or more States, **OR** Parts of States,
> without the Consent of the Legislature[s] the States
> Concerned as well as Congress."

**i.d.**, Art. IV, §3, cl. 1 U.S. Const. (emphasis added).

---

new treasonable words that say, "We don't hear cases that we decided unconstitutionally
simply because you got an extra 19 years, and so what if you didn't get a fair trial?"
Retroactivity does not apply to petitioner as he, like Professor Veatch preserved
the issues, tried to get a fair trial, but was enhanced $13\frac{1}{2}$ to $19\frac{1}{2}$ years extra.
The cause and prejudice is established as the judge enhanced Mr. Caba upon his own
judicial activism and found Mr. Caba guilty of a crime the jury specifically acquitted
him of but yet he was enhanced $19\frac{1}{2}$ years, if that isn't cause and prejudice along
with plain error under all these con-job judicial re-writings of the Constitution,
then forget Law and Order. When justice is settled in the street, the regime calls
it lawlessness, but when the Court denies justice at trial it's called harmless error

In each of these cases and controversies, through petitioner and joinders, the States **DID NOT** cede jurisdiction of Federal Police Power to the de facto Federal District Courts and the Legislatures of **NO** State in the 50 States have done so.  Thus, each petitioner and/or joinder were convicted without jurisdiction through acts of violent treason in the overthrow of the U.S. Constitution and thus clearly proves each petitioner and joinder are unconstitutionally convicted and imprisoned as the U.S. District Courts and the de facto Federal Regime did not then, now or ever have and/or had, jurisdiction to arrest, indict, convict and imprison this petitioner, joinders and the millions of other U.S.A. Holocaust Victims.  The U.S. District Courts have in fact erected and formed jurisdiction in the States to operate a federal police state and that is, in clear english language under the Facts and Limitations and Clear Language Constitutional Doctrines, an **ACT OF TREASON**.  i.e.; "Aid and comfort" against them.  meaning: The Constitution, We the People and the States.  Pursuant to U.S. Constitution Article III, §3, cl. 1 which states:

> "Treason against the United States, shall consist only
> in levying War against them, or, in adhering to their
> Enemies, giving them Aid and Comfort.  No Person shall

---

or plain error not subject to judicial vindication -- We call it time to overthrow the Political Regime as intended in paragraph 2 of the Declaration of Independence.

**(7)**  This is a de facto regime, as it has in fact, violently overthrown the federal Constitution.  Amazing how beneficial a dictionary may be, the word Whore is defined as prostitute and refers to Evildoer.  The word, Pimp means solicitor, panderer, whoremonger and eventually, Agent.  We bet one may identify the Constitution with today's Court justice as absurd and senseless in defining it in todays' terms and views in comparison to the terms and views it was meant to be by the Framers of said federal Constitution.  This political Court and its

-13-

> be convicted of Treason unless on the Testimony of two
> Witnesses to the same overt Act, or on Confession in
> open Court.

> The Congress shall have Power to declare the Punishment
> of Treason, but no Attainder of Treason shall work
> Corruption of Blood, or Forfeiture except during the Life
> of the Person attainted."

**i.d.**

Former President William J. Clinton, in conspiring with the

de facto regime and its treasonable subversion of the federal courts,

did in fact, **OVERTHROW** and **SUSPEND** **Article I, §9, cl. 2** of the

**Constitution of the United States of America**, The Great Writ of

Habeas Corpus, through passage and enforcement of the Anti-terrorism

and Effective Death Penalty Act (A.E.D.P.A.), and accomplished this

**TREASONABLE ACT** with "Aid of Comfort" of the U.S. Supreme Court

Justices and de facto Federal Judges from the year 1996-2005 and

continuing to this time.  Facts Limitations and Clear Language

Doctrines are in fact applied to **Article I, §9, cl.2** of the United

States Constitution which states:

> "The Privilege of the Writ of Habeas Corpus shall not be
> suspended, unless when in Cases of Rebellion or Invasion
> the public Safety may require it."

**i.d.**, Art. I, §9, cl. 2 U.S. Const.

---

Washington D.C. sly pimps are in the hour of destruction. We the People have had
it with your propaganda news lies and postulations of fair trials, while you rape
and murder us. Denying your evil ways with new fangled cesspool injustice.  Even
peaceful and God fearing People are now poised to listen, to do acts of patriotic
duty in restoring our RIGHTS, We must end judicial government nepatism.

**(8)**    There does not exist a single Constitutional Right left to "WE THE PEOPLE"
under the **Bill of Rights** i.e.; Amendments 1-10, that these government puppet
courts have not overthrown via phony judicial re-writing of the **Bill of Rights**
out of any guaranteed rights via exclusionary rules. This is **TREASON** and their

IV.

## FEDERAL POLICE POWERS JURISDICTION

The federal regime claims police power through **Article I, §8, cl. 3** of the **U.S. Constitution**. The Constitution's clear language, facts and limitations **DOES NOT ALLOW** federal police powers in the commerce clause language, but these U.S. District Courts for well over one-hundred (100) years have committed **TREASON** upon political loyalty, not patriotism. This must end today. The Constitution states:

> "The Congress **SHALL** have power,...to regulate Commerce with Foreign Nations, and among the Several States,..."

[The Commerce Clause did not then or ever allow the Federal Regime to regulate Commerce between "WE THE PEOPLE" nor authorize police powers in any clear language by the Facts and Limitations written therein]

"...and the Indian Tribes."

**i.d.**, U.S. Const. Art. I, §8, cl. 3.

Nowhere does the Commerce Clause authorize federal police powers to arrest, indict, convict and imprison "WE THE PEOPLE",

---

federal employees, a.k.a. Federal Judges, are **NOT EMPOWERED** to overthrow and/or **NOT SUPPORT** the Constitution and it is God-Damned impossible to support the Constitution when in fact, these federal employees are appointed for life. These federal employees **EXCLUDE** the Bill of Rights for any damned political crap they wish, to conjure up in order to protect their political masters. This is utter and complete **TREASON.** Our federal judges are **NOT** the government. The Constitution is the government!! Fair trials have been abandoned via crimes against humanity to deny them via political subdivision genecide treason.

**(9)** The Declaration of Independence paragraph two (2), states: "WE THE PEOPLE"

-15-

i.e.; petitioner's and joinders. In fact, the Commerce Clause limits the federal political subdivision to only deal with **(1) Foreign Nations; (2) States; (3) Indian Tribes** which by its clear facts eliminates these petitioners and joinders therefore effectively and specifically denies federal police powers to be directed towards aforementioned petitioner's and joinders as **NONE WERE GRANTED.**

The judicial and political extra language to construe Article I, §8, cl. 3 as a "Police Power" violates and is **TREASON AGAINST** Article I, §8, cl. 3 along with the entire Bill of Rights, Amendments 1-10 and 14, including Articles II, §1, cl. 8 and Article VI, cl. 3 as applied to Articles I-VI in total. The United States District Courts, U.S. Courts of Appeals, U.S. Supreme Court Judges and Justices are **NOT** Constitutionally empowered to add language to the Constitution, nor is the Senate, Congress, President or any agent, office, employee, politician and/or political subdivision because that is directly overthrowing the intent, limitations and clear plain language of the Constitution. i.e.; **TREASON.**

All Federal Criminal Laws and Statutes that have been passed by the Congress, Senate and signed into law by the President and executed into Police Powers by Federal Judges, Justices and the

---

have the right to **OVERTHROW** any political subdivision that becomes destructive to the ends of the U.S. Constitution that blessed "WE THE PEOPLE" with certain **UNALIENABLE RIGHTS** (The Bill of Rights), accordingly, all experience has shown that mankind are more deposed to suffer, while EVILS are sufferable, than to right themselves by **ABOLISHING** the forms to which they are accustomed. But, when a **LONG** train of abuses, [Terrorism by the political subdivisions and their fake federal judges], and **USURPATIONS**, [exclusionary judicial rule and police laws passed without jurisdiction], pursuing inevitably the same object, [Treason in refusing to support the Constitution, Oaths of Office, **Article II, §1, cl. 8; Article VI, cl. 3; and Amendment 14 of the Constitution of the United States of America as applied to Amendments 1-10 and Articles I-IV**], enjoins a design to reduce them [Destroy We

federal police state, "Cops"; F.B.I.; D.E.A.; A.T.F.; S.S.; U.S.M.C.; Military; C.I.A.; D.I.A.; D.R.O.; N.S.A.; S.I.U.; B.P.; T.A; I.A.; H.L.S.A.; etc., etc. and State politicians and their cops in aiding and comforting the federal police state are, in fact, **GUILTY OF TREASON** in a violent overthrow of the U.S. Constitution. Res Judicata under the facts and Limitations and Clear and Plain Language doctrines is/are an affirmative presecutor and is spread to the entire record herein.

## V.                     **WHAT CONSTITUTES TREASON**

This definition is simple. Congress, the Courts, the President and Senate or any politician or legislature both Federal and/or State, are **NOT ALLOWED** to interpret the word **TREASON**.  Treason is defined in the U.S. Constitution under **Article III, §3, cl. 1** and it means those who swore an Oath or Affirmation to support and defend the United States Constitution and betrays that sworn Oath or Affirmation in overthrowing any part and/or the whole Constitution is guilty of **TREASON.**

George W. Bush, William J. Clinton, George H.W. Bush, Ronald Reagan, Jimmy Carter, Gerald Ford, Richard Nixon, etc., etc. are

_____

the People's Bill of Rights], under **ABSOLUTE DESPOTISM**, it is their [We the People] **RIGHT**, it is their **DUTY** to throw off [**OVERTHROW**] such government [The Democrat and Republican political subdivisions regime that was/is sworn to **SUPPORT** and/or **PROTECT AND DEFEND** the Constitution], and to provide new guards for their future Security.  The establishment of Tyranny over these Fifty (50) States and We the People by this political regime in erecting and forming Federal Police State Jurisdiction over all States against We the People is an absolute usurpation of expressly denied Police Powers to the Federal Regime in violation of the Clear Language, Facts and Limitations within **Article I-VI and Amendments 1-10;** i.e.; **Articles I, §8, cl. 3;  Article I, §9, cl. 2;  Article III, §2, cls. 1, 2 & 3, et. seq.; Article IV, §3, cl. 1 et. seq. and Article III, §3, cl. 1 et. seq.**, as Congress

-17-

and/or were all guilty of **TREASON** in the violent overthrow of the U.S. Government of the United States, i.e.; Federal Constitution. Jefferson, Jay and Madison wrote in the **Federalist Papers** about the dangers of Federal Politicians and self promoting political evil, and so did the Framers of the Constitution, and "They" made express promises that Federal Police Powers are **PERMANENTLY BANNED** from the Federal Political Subdivisions to prevent **FUTURE TYRANNY.**  Those are Constitutional Facts and Limitations Doctrines written in clear and plain English to **LIMIT** the thugery of politicians and their politically compromised Federal Judges.  Judges are Federal Police and are Federal Constitutional Officers.  But, before any Judge may issue any order, they must have Constitutional Power, i.e.; Jurisdiction to do so, and without Constitutional Jurisdiction to order the arrest, indictment, conviction, sentence and imprisonment of anyone, and to do so anyway due to political loyalty, is an **ACT OF TREASON.** Thus, anyone i.e.; We the People, cannot stand convicted, sentenced and imprisoned because the U.S. District Court, U.S. Courts of Appeals and the U.S. Supreme Court **DID NOT HAVE** federal police powers to do so, but did so by **ACTS OF TREASON** .  These petitioner's and/or joinders are all Unconstitutionally in prison as their Federal Judges

---

has authority only over its own territories or other property belonging to the United States. We the People, i.e.; Petitioners and Joinders In Treason, 280 million of us and the 50 States are **NOT** the property of the United States and we damned sure **DO NOT** belong to them. In fact, we now denounce its entire political subdivisions for its long train of abuses and usurptions done through absolute tyranny and overthrow this regime and institute and **SUPPORT** our **NEW** Government Regime, namely "The Peoples Constitutional De Jure Government of the United States of America" and affirm treason against all Democrat and Republican political officials now in de facto power of the United States and abolish their power. The Petitioners and Joinders **DO IN FACT SUPPORT, DEFEND AND PROTECT** the Federal Constitution and our government regime thereunder.

-18-

committed **TREASON** against them (petitioner's/joinders), because
the clear/plain expressed language of **Article I, §8, cl. 3** does
**NOT** authorize a Federal Police State, and neither Congress,
Presidents nor Judges **SHALL VIOLATE** the Facts and Limitations of
their office.

This is an **ACT OF WAR** against the peace and dignity of the
Constitution, We the People and the States.  This censurable and
rogue political barbarism by our Washington, D.C. political
subdivisions must find its ending in this court today or **OUR** entire
Nation and its bedrock Constitution shall never again be a True
Nation by Facts, Limitations and Clear Language Constitutional
application.

Everyday, our Judges are under attack by this **NAZI FLAVORED**
Washington, D.C. regime.  A vast majority of persons asked by
petitioner's and joinders, firmly feel our news media is propaganda,
our Federal Courts are corrupt, in favor of their Washington, D.C.
political Masters, and that George W. Bush bombed the World Trade
Centers and the Pentagon in 2001 and also lied about Iraq including
weapons of mass destruction and other aspects.

This Court, this governmental judge is as in peril of life,

---

**(10)** Whether or not the petitioners new political subdivision has the right and
duty to throw off and instate the Constitution as before this Court, and before
The People's Constitutional De Jure Government of the United States of America's
new De Jure Supreme Court that has ruled all federal political state criminal
statutes void and all criminal convictions and judgments are **VACATED WITH PREJUDICE**,
as all convictions were done by Acts Of Treason that were accomplished in any and
all States' jurisdiction but excluding "owned federal territories and property
belonging to the federal political regime in Washington, D.C.."  Of course
upholding the Constitution is not going to happen due to complicity in **TREASON.**

-19-

liberty, freedom and justice as We the People are.  The rhetoric
and ridicule from George W. Bush's communist police state against
Judges, is per se a real threat against Judges' personal lives and
their families and is designed to obstruct justice by creating
judicial stooges, not independent judges.  The "people" i.e.,
Joinders and Petitioner will expose for public viewing, said
treasonable acts as We've seen and suffered judicial terrorism due
to the violent overthrow of the U.S. Constitution and judicial
arrogance at every stage of the Criminal (Police State) procedure.

The Courts are now caught in an untenable Constitutional and
treasonable vacillating situation.  However, this Court has the keys
to a solution and absolution to end the indefensible lies and
corruptions that has created the appearance and actuality of the
Judiciary's mass ongoing treason through judicial independent
integrity with this case.  The unimaginable gravity of ruling that
federal police powers are treasonable, is exactly what this Judge
must **ORDER** in declaring all Federal Criminal Statutes and Federal
Police Powers within the States' Jurisdiction are **ACTS OF TREASON**,
and thus, all Petitioner's and Joinders were arrested, indicted,
convicted and sentenced to prison unconstitutionally.  In the same

(11) New Joinders Verification of Treason will be filed by many
all Latin Joinders against every judge and justice
in Federal Courts in this District except for Nancy Gertner.

-20-

ruling, declare all Federal Criminal Statutes as unconstitutional
under Acts of Treason, as the Federal Regime, all Defendants,
Congress and Courts have **FORMED OR ERECTED** jurisdiction within the
States in violation of **Article IV, §3, cl. 1** of the Constitution,
and defendants have denied petitioner, joinders and We the People
our [] guaranteed right in every State[] a Republican Form of
Government, and to be protected against [federal] Invasion. (edit)
**U.S. Const. Art. IV, §4, cl. 1**. "The Laws of the United States
**SHALL BE** Made in Pursuance to the Constitution." (edit) **U.S. Const.,
Article VI, cl. 2**.

   "The Privilege of the Writ of Habeas Corpus **SHALL NOT** be
suspended, unless when in Cases of Rebellion or Invasion the Public
Safety may require it." **i.d.,** U.S. Const. Article I, §9, cl. 2.
However the Courts have out and out lied in the aid and Comfort
(U.S. Const., Art. III, §3, cl. 1), in conspiracy with defendant
Bush and his vile political regime in passing the **Prison Litigation
Reform Act** (P.L.R.A.) and the **Assisted Effective Death Penalty Act**
(A.E.D.P.A.), that fully suspends and destroys reasonable judicial
jurisdiction.

   The Federal Government Courts have created collateral Bars,

-21-

i.e.; done **ACTS OF TREASON** to prohibit justice and fair trial at every judicial level. Then, through massive federal political regime corruption with judicial aid and comfort, refuses to grant Habeas Corpus relief to joinders and petitioners simply because they were **SCREWED OVER** by these treasonable government cop judges to start with.

New and always increasing extemporaneous and invincible judicial hurdles are created by judicial violence, so that innocent people who are railroaded and/or forced to plead guilty are simply **SCREWED.** The purpose of **Article I, §9, cl. 2** of the Constitution was so that We the People could find a Fair Minded Judge once the heat of passion passed, so we as a society could review **FACTS, NOT RAGE.**

Today, the U.S. Supreme Court has passed down rulings in **U.S. v. Booker/Fanfan**, 160 L.Ed.2d ___ (2005); and **Blakely v. Washington**, 159 L.Ed.2d ___ (2004), that concluded that judges are federal cops and cannot make fact findings to enhance punishment, that such judicial con-jobs denied millions **FAIR TRIALS** and that Mandatory United States Sentencing Guidelines (U.S.S.G.), are unconstitutional. However, defendants via their federal cop Court

---

-22-

Judges, say, "It's okay we **SCREWED** them to start with, so they, (i.e., petitioner and joinders), must **STAY SCREWED** because we denied all of We the People, **FAIR TRIALS** for 20 damn years, and that's **OKAY!!!**"

Well, it damned sure **ISN'T OKAY!!!** It's damned sure cold blooded tyrannical treason. Movants here, **DO NOT** buy into the Judicial whitewash that Habeas Corpus must go through under **28 USC §2255**, and all past convictions must go under defendant's Statutory Police State, "treasonable schemes", as the Writ of Habeas Corpus **SHALL NOT BE SUSPENDED**. **i.d.**, U.S. Const. Art. I, §9, cl. 2. The Courts' denial of access to petitioner and joinders, violates **Article III, §1; §2, cls. 1 & 2; §3; and Amendment 1; et. seq. of the U.S. Constitution**, as applied to **Constitutional Amendments 1-10** and the Judicial Oath of Office under **U.S. Const. Article VI, cl. 3 and Amendment 14**.

We the joinders and petitioners were not Constitutionally convicted simply because the Federal Police State Regime, i.e.; defendants, committed **TREASON**. They did so by erecting and forming jurisdiction in States which is prohibited along with police powers that are not now and never have been Constitutionally permissive in

-23-

perpetuity, which has been done so as an absolute obstacle against petitioners and joinders by political subdivisions and abusive judges thereunder.   The Clear Language and Constitutional Facts and Limitations Doctrines **BAR** federal police powers over the People except as acknowledged hereinabove.   **Article I, §8, cl. 3** of the United States Constitution only allows the Federal Political Regime to negotiate with Heads of State, i.e.; Indian Tribes, State Governors and Foreign National Heads of State, --- it **DOES NOT** and **NEVER DID AUTHORIZE** a Federal Police State to arrest, indict, convict, sentence and imprison citizens and to do so by erecting or forming jurisdiction within the **States Sovereign Jurisdictions**.   **NOR HAS ANY STATE CEDED JURISDICTION** and police powers over these joinders and petitioners.

What constitutes treason in this case, is that, the Court had no jurisdiction and each Judge and defendant knew they didn't. The defendants and cop judges treasonably seized the Bill of Rights belonging to We the People as a Political Regime Right;   The De Facto Government Courts committed treason at the Grand Jury and trials of petitioners and joinders by controlling same.   It is the **RIGHT OF THE PEOPLE** to control the Grand Jury, not the right of this Demonic

-----------------------------------

Federal Political Subdivisions and its puppet judges.  These de facto courts have overthrown the Bill of Rights within **Amendments 1-10** in violation of their Oaths of Office.  When you violate **YOUR OATH** Mr. Bush, Mr. Clinton, Mr. Bush and Mr. and Mrs. Federal Judge, **YOU COMMIT CONSTITUTIONAL TREASON**.  As **Black's Law Dictionary, 6th Edition**, sums it up:

> "**Treason**:  A breach of allegiance to one's government, usually committed through levying war against such government or by giving aid or comfort to the enemy.;
>
> The offense of attempting by **OVERT ACTS** to overthrow the government -- of which the offender owes allegiance --."

**i.d.** @ 1043 (emphasis added).

The government of these United States is the Federal Constitution, that is a Fact and Limitation Doctrinal Rule that cannot be altered except by overthrowing the Constitution or by two-thirds of the States' approval in concert with Congress.  That is not the case herein.

Although all federal Judges have in fact committed treason by rubber stamping these gross crimes against humanity and other autrocities, We **DO NOT** need to remove these Judges and Justices from office per-se.  We **DO** need, and We demand, Constitutional Oaths to

_____

-25-

be upheld, and we need fair independent and detached Federal Judges, who totally accept their duty and Oath of Office to Support the Constitution. And that includes of course, in the face of Washington, D.C.'s political terrorists also, i.e.; defendants.

Today, the U.S. Constitution and American Way of Life have been violently overthrown. George W. Bush and his Political Subdivision are guilty of Treason and are clearly and calculative cold blooded killers and that applies equally to the Republican and Democratic Political Parties. Mr. Bush is guilty of genocide on an international and national scale unseen since Hitler's thugs roamed the earth. We must, as a Nation, deal with the truth and not judicial lies as a cover-up political scheme. Not a person in this Nation trusts the federal regime and its cesspool injustice today. We all know that this out of control federal police state is corrupt and must end. What does it take? As John F. Kennedy said, "We **START** a thousand mile journey by the **FIRST STEP**." (emphasis added). Judge, We ask you to take that **FIRST STEP**. It **SHALL** take courage and patriotism to do what must be done --- Slaught Dracula --- because We have **NO MORE** blood to give. Unthinkable perhaps, but Constitution-ally and morally required by your Oath of Office.

---

**VI.**                    **LEGAL ANALYSIS**

**(a)   The power of "Constitutionally Limited and Fact Government"**,
controls the political subdivisions, it's not the other way around.
Every State and Federal Official, Politician and thereunder must
control their conduct to the command of the federal Constitution
and agree to do so by Oath.


**(b)   Delegatability of Federal and State Authority**,   "Under the
[] Constitution conferring specific powers, a particular power
**MUST BE GRANTED** or it **CANNOT BE EXERCISED**."   **U.S. v. Fisher**,
2 Cranch 358, 2 L.Ed. 304 (emphasis added).   Also:

> "An exception to a power granted by the Constitution
> which is limited in terms clearly expressed,..."

[**Article I, §8, cl. 3** and **Article I, §9, cl. 2** are clearly **EXPRESSED**.]

> "...will not be extended by construction [Federal and
> States]."

**Gibbon v. Ogdon**, 9 Wheat 1, 6 L.Ed. 23.   (emphasis and internal
remarks added).


**(c)   Clear Language:**   A word which has been plainly used.

---

-27-

[**Article I, §8, cl.3** plainly used Nations, States, Indian Tribes and Commerce.  Alleged Criminal Conduct was **NEVER USED** as a basis of the Commerce Clause, **NOR GRANTED ANY** police powers over Citizens/ We the People and **NONE WAS IMPLIED**.  This is a judicial Act of **TREASON** in political conspiracy of aiding and comforting the enemies, i.e.; against the Constitution, all Citizens and all States].

> "In a limited sense in **Articles of the Constitution** relating to the legislature and executive departments, must be understood as retaining the **SAME SENSE** when employed in an Article to the **JUDICIAL DEPARTMENT**."

**Hepburn v. Ellzey**, 2 Cranch 445, 2 L.Ed. 332 (emphasis added).

The same **WORDS** have not necessarily the same meaning attached to them when found in different parts of the same instrument, [In brief, the de facto Congress, President and Court have attached police powers to be employed against People, **NOT** Indian Tribes, Nations and State Officials.  If any intent was in **Article I, §8, cl. 3** in the first place, then it is **NOT PLAIN AND CLEAR**], their meaning is controlled by the context.  See:  **Cherokee Nation v. Georgia**, 5 Pet. 1, 8 L.Ed. 25 (emphasis and internal remarks added).

> "The best mode of ascertaining the meaning affixed to any word,..." [The Committee of Detail and the Federalist papers are the de jure by-laws on defining the U.S. Constitutions' clear language and word meanings in concert with the Declaration of Independence],

_____

> "...or sentence by deliberative body, is by comparing
> it with the **WORDS AND SENTENCES** with which it stands
> connected."

**Wheaton v. Peters**, 8 Pet. 591, 8 L.Ed. 1055 (emphasis and internal
remarks added).

It is not reasonably possible to connect the words and sentence
in **Article I. §8, cl. 3** as a Police Powers Act to be employed against
We the People.  This unreasonable usurption of police powers is in
clear terms, **AN ACT OF TREASON** by the defendants and every de facto
politician, i.e.; Judges, cops, attorneys and their employees in
both State and Federal political subdivisions, as it violates their
Oaths or Affirmation to **SUPPORT, DEFEND AND PROTECT** the Constitution.
See:  **U.S. Constitution, Articles II, §1, cl. 8;  III, §1, cl. 1;
III, §2, cls. 1, 2 & 3;  III, §3, cl. 1;  IV, §3, cls. 1 & 2;  VI,
cls. 1, 2 & 3;  Amendments 1-10** (Fair Trials, Illegal Search and
Seizures, Due Process, Grand Juries, Jury by Trial, etc., etc.), and
as incorporated, **Amendment 14** (Oaths).

> "In interpreting the Constitution, the **material meaning**
> of the words **CANNOT BE DISREGARDED**."

**Wright v. U.S.**, 302 U.S. 583, 58 S.Ct. 395, 82 L.Ed. 439 (emphasis
added).

———————————————————

-29-

The clear words, facts and limitations as written in the Constitution has **STRONG MEANINGS** and **CANNOT** be reinterpreted by Courts, the President, Congress, Senate, Prosecutor or Officers, i.e.; employees of the courts, Attorneys At Law, Cops and political subdivisions. The Absurity of the federal courts in conspiracy with their political pimps to overthrow the Constitution by add-on language in **Article I, §8, cl. 3; §9, cl. 2** and construing the Bill of Rights as a "Bill of If[s]" as the government wants to, is definite **TREASON** and in direct contradiction and an absudity to the clear language meaning in the Constitution.

> "The words of the Constitution are to be taken in their natural sense, those who framed and adopted it being presumed to have meant what they said."

**Gibbon v. Ogden**, 9 Wheat 1, 6 L.Ed. 23; **Martin v. Hunter**, 1 Wheat 304, 4 L.Ed. 97; "A court has **NO RIGHT** to insert any clause in the --- Constitution which is not expressed." [Exclusionary Judicial Rules in conspiracy with Congress to abolish (**Articles I, §9, cl. 2** and the Constitutional add-on to **Article I, §8, cl. 3** police power), fair trials, forced guilty pleas (**Article III, §2, cl. 3**, mandatory that all crimes shall be tried by jury), and exclude Habeas Corpus relief from corrupt governmental judicial proceeding so as to deny

-----------------------------------

-30-

access to the courts and abolish all future habeas relief via

**Acts of TREASON** against **Amendments 1-10, et. seq.**.  Exclusionary

Rules and Rules of Retroactivity to deny innocent Citizens access

to the Courts is unconstitutional under **Article III, §2, cls. 1 & 2;**

**Article I, §9, cl. 2; and Amendment 1**, and violates judges' Oaths

of Office, **Article VI, cl. 7; and Amendment IX**], "And **CANNOT BE**

**FAIRLY IMPLIED**" **Prigg v. Pennsylvania**, 16 Pet. 539, 10 L.Ed. 1060;

**Cohens v. Virginia**, 6 Wheat 264, 5 L.Ed. 257;  **Rhode Island v.**

**Massachusetts**, 12 Pet. 657, 9 L.Ed. 1233.

> "Restraint upon Citizens must be clearly and unmistakenly
> indicated by the [Constitutions] language used."

**Ex-Parte Endo**, 323 U.S. 283, 65 S.Ct. 208, 89 L.Ed.2d 243.

> "The first ten Amendments to the Federal Constitution
> are Limitations of the powers of Federal government..."

[That was the purpose before the U.S. Constitution was violently

overthrown],

> "...and not of those of []government."

**Twitchell v. Pennsylvania**, 7 Wall 321, 19 L.Ed. 223;  **Supreme Court**

**Justices v. U.S., ex-rel. Murray**, 9 Wall 274, 19 L.Ed. 658.

> "The first ten Amendments to the federal Constitution
> are exclusively restrictions upon Federal power, intended
> to prevent interference with the rights of the States and

----------------------------------

their Citizens."

**Fox v. Ohio**, 5 How. 410, 12 L.Ed. 213;  **Palko v. Connecticut**, 302 U.S. 319, 58 S.Ct. 149, 82 L.Ed. 288.

> "The Federal Constitution is the **SUPREME LAW OF THE LAND** and **ALL ITS APPLICABLE PROVISIONS** are binding upon all within the territory of the United States."

**So. Railway Co. v. Greene**, 216 U.S. 400, 32 S.Ct. 287, 54 L.Ed. 536;

**McCulloch v. Maryland**, 4 Wheat 316, 4 L.Ed. 579;

> "Where the intentions of a constitutional provision is **CLEAR**, there is no room for construction **OR ADDITION[AL] LANGUAGE**."

**U.S. v. Sprague**, 282 U.S. 716, 515 S.Ct. 220, 75 L.Ed. 640;

**Lake County v. Rollins**, 130 U.S. 662, 9 S.Ct. 651, 32 L.Ed. 1060.

(emphasis added).

The prohibition against the federal political regime defendants today, and since the inception of the Constitution, which issued a collateral estoppel or res-judicata against add-on language, to Treasonably steal jurisdiction and police powers, which always was and is consitutionally prohibited by the clear constitutional language, as clearly constructed in **Articles I-VI; and IV, §3, cl. 1 et. seq; and Article I, §8, cl. 3 et. seq.** and the complete overthrow of the Citizens' "Bill of Rights" and Amendments 1-10, is treason in

----------------------------

the violent overthrow of the Constitution.  All government judges, politicians and their appointed minions are equally guilty.

The Supreme Court Justices, in Washington, D.C., called federal court ruling absurities, i.e.; beyond ridiculous.  See:  **State v. Hughes**, Wash. No. 74147-6 C.L.R., Vol. 77, No. 4, pps. 65-66 (4-14-05 S.Ct. Wash. St.) (Op. by S.Ct. Justice Mary Fairhurst). Justice Fairhurst elected words to the U.S. Supreme Court and its lower courts that reflect the majority (93%) of American Jurists and most likely the percentages are reflected in the public disgust with federal judicial corruption.  "Absurd Specualtion" which Justice Fairhurst used to describe ill-advised federal judicial activism, aimed at destroying fair trials and the Bill of Rights, et. al. is an appropriate jargon which also is defined as an "imbecility, **NONSENSE**, paradox, stupidity, ridiculousness and **TRAVESTY** or maybe **MONKEY** or screwy."  Justice Fairhurst use this language to prove the federal courts and their puppet judges are **LIARS** who acted in treason to correct over 10 million screwed-over innocent Citizens who were denied fair trials and all Constitutional Rights.  Then **RESCREWED** them when the U.S. Supreme Court issued its Orders in **U.S. v. Booker/Fanfan**, 160 L.Ed.2d ____ (Jan. 12, 2005) (76 Cr.L.

------------------------------

251);  **Blakely v. Washington**, 159 L.Ed.2d ____ (2004) in applying
**Apprendi v. New Jersey**, 530 U.S. 466 (2000) to government agents'
(federal cop judges), increases in Victims' sentences based their
absurd lies not to indict for nor convict, or to find guilt, by a
jury -- which these treasonable judges now refuse to overturn these
draconian manifest and/or miscarriages of justice convictions by
cruel and evil federal cop judges.  Petitioner Veatch received a
18½ year enhancement because he did not plead guilty and went to
trial.  Petitioner Veatch would **NOT LIE** and railroad innocent People
and the Joinders were either blackmailed, extorted or forced to plead
guilty by Acts of Treason, by defendant Bush and/or his predecessors
federal police state in conspiracy with federal district court judges
or receive from 500 to 1500 percent more time in prison for crimes
they are legally innocent of and/or were denied all Rights under the
Constitution and Amendments 1-10.

What happened to these Joinders and Petitioners is a total
miscarriage of justice, as the Supreme Court has historically ruled
and the Constitution and Bill of Rights makes mandatory upon the
government, **FAIR TRIALS**, which are not an option nor do they fall
under any retroactivity or collateral default rules.  This evil

------------------------------------

treasonable de facto regime has murdered millions and destroyed millions of innocent children (child abuse and molestation), and entire families via blatant slaughter of men, women and children with nonchalant arrogance which would cause Hitler an erection.

There is and never has been any ceding of jurisdiction by the States to the federal regime under **Article Iv, §3** and no police powers were granted to the federal regime.  However, like any other treasonable act done by the de facto Presidents, Courts, Congress, Senate and other political subdivisions, this Court has **FULLY SUSPENDED/OVERTHROWN Article I, §9, cl. 2** and access to the Courts to redress the government under **Amendment 1**.

Then in a continuing act of violent treason, defendants authorize withouth search warrants, to invade our homes, cars, planes, boats, offices and even stick your filthy fingers up our childrens' asses, and sent innocent people to prison for **LIFE** for owning and protecting themselves with the Right to Bear Arms, again **TREASON** against **Amendments 2, 3, & 4**.  There is **NOT** a single Right left to We the People under the Bill of Rights and that includes the assistance of counsel for our defense and the right to subpoena evidence and witnesses or present our case to a grand jury or even

---------------------------

-35-

have a chance at a fair jury of our peers.

Absurdity is a considerate word for insane abuse of power by acts of violence in the overthrow of the U.S. Constitution.  The earliest Supreme Court in **Gibbons v. Ogden**, 9 Wheat 1, 6 L.Ed. 23 warned We the People and the federal regime in using Absurd id construction to justify unauthorized federal power and that is exactly what has happened to our great national regime jurisdiction in our own States, Nation and We the People along with subversion of the Constitution's mandatory language and Rights of the People.

In applying any reasonableness standard, including one of Constitutional dimension, the Courts and its political subdivision **SHALL NOT** suborn or delete or add language that simply does not exist, to force the political might of a few upon our frightened or cowardly public.  The federal regime and defendants are terrorists and international animals.

> "A Constitutional clause must be construed reasonably
> to carry out the intentions of the framers"

**Woodson v. Murdock**, 22 Wall 351, 22 L.Ed. 716.

> "Constitutional provisions for the security of persons
> and property are to be construed liberally and it is
> the duty of Courts to be watchful for constitutional
> rights of the citizens, and against any **STEALTHY ENCROACHMENT**."

-------------------------------

-36-

**Byars v. U.S.**, 273 U.S. 28, 47 S.Ct. 248, 71 L.Ed. 520.

"Constitutional Mandates Are Imperative." **Fairbank v. U.S.**,
181 U.S. 283, 21 S.Ct. 648, 45 L.Ed. 682.

"The Sixth Amendment Rights of an accused are **NOT** given a
narrowly legalistic construction by the Constitution [] Supreme
Court." **Herring v. New York**, 422 U.S. 853, 95 S.Ct. 2500, 45 L.Ed.2d
598.  But that's exactly what these de facto courts did in carte
blanche denial of habeas corpus, **Article I, §9, cl. 2** in denying
250,000 legally and Constitutionally innocent citizens fair trials
to start with and then refusing them (joinders and petitioners),
access to the courts to overturn these totally cowardly and coldblooded
miscarriages of justice.  The reason of denial is an absudity, i.e.;
collateral default because these de facto courts say so and thus
retroactivity of life, justice, freedom, fair trial, grand jury,
etc., etc. is denied because **YOU** screwed us the first time in bad
faith acts of treason and without any constitutional jurisdiction
whatsoever.

The Court and its political subdivision has nullified the
Constitution to absudity in promoting injustice so monstrous that
all mankind must, without further hesitation, unite [] [the overthrow

---

of George W. Bush, these Courts and its evilness]. **Sturges v. Crowninshield**, 4 Wheat 122, 4 L.Ed. 529; **Marbury v. Madison**, 1 Cranch 137, 2 L.Ed. 60.  Congress, nor Courts have any power to avoid or nullify any part of the Constitution. (edit).

Our Courts and its political subdivision has been operating unconstitutionally for over 100 years by Acts of Treason and used bulwark tyranny to enforce its illegal conduct down the throats of our Citizens and now around the World.  Just because a thug has acted illegally in our yesteryears, does not authorize this Court to allow such atrocities and injustices to continue.  The federal claims of jurisdiction erected and formed within the State jurisdiction, was always an act of treason or unconstitutional, as was the malicious and/or fraudulent add-on language in **Article I, §8, cl. 3**, to create a forbidden federal police state and deny redress by Habeas Corpus, **Article I, §9, cl. 2½ Amendment 1**.  Our federal regime is without Honor and our Courts limidity and faint heart in failing to be independent and to uphold the Constitutional Limitations, Facts and Clear Language Doctrines, **"MUST END"**.

Our Nation is no longer in existence as the entire foundation was our Constitution and the Bill of Rights.  That's all dead.

--------------------------------

Petitioners and Joinders **DO NOT** respect our Courts, as we all realize the judges by and large, are political whores. However, not one of us knows just how much fear We would have "if" put in the delicate position We place this judge in today. We have so few precious independent federal judges, who dare to stand up for Constitutional Rightousness instead of political zeal, that our (Joinder and Petitioners) request for justice is depressed from the start. We are not looking to overthrow our Courts and its political masters in Washington, D.C.. We hope only to end the tyranny against Us and the People here and around the World from the insanity and danger of an out of control U.S.A. police state.

Our families are not safe and justice in federal courts is a mockery. Hate and despair fills the air. Revolution is needed, but violence is **NOT** the solution, respect, justice and return of Our Constitutional Rights is the solution to violent rebellion. This Court is empowered to start a thousand mile journey in order to salvage a destroyed mankind and Our families. Even if the judge rules favorably today -- our sadness and loss of life -- years stolen by an unauthorized police state and jurisdiction in violation of Oath of Office -- our misery and emotional suffering will live forever.

_____

-39-

Like all Holocaust and crimes Against Humanity -- evil is always
destroyed -- but it's the way it ends that's important to these
movants.  It's preferred that an honorable judge do it than incited
and dangerous men.  Men who are prepared to die to let their children
have a free Nation and have experienced the evil inflicted.  Who are
indeed, both Honorable and dangerous against those whom have inflicted
evil to them.

The power today, is in this Courts' hands, and its Constitutional
Oath of Office.  **"Patriotism v. Treason"**, "To Support The Constitution;"
**Article VI, cl. 3**, not the political subdivisions.  Particularly
when the **Clear Language** does **NOT** and never did authorize police
powers and judicial jurisdiction, nor federal jurisdiction to be
exercised and/or "erected or formed" in any States' jurisdiction.
**Article IV, §3, cls. 1 & 2.**  Nor does the Constitutions' Clear
Language allow suspension of the Great Writ of Habeas Corpus,
**Article 1, §9, cl. 2**, and access to the courts and due process under
**Amendments 1-10**, and most certainly, the U.S. Constitution made Arms
control, the Right of the People to present and own guns, and that
Right **CANNOT/SHALL NOT BE ABRIDGED** under the **Second Amendment**.

If the Executive, Legislative and Judicial branches of the State

--------------------------------

-40-

and Federal political heads, i.e.; defendants, **DO NOT SUPPORT** the
Constitution and its Facts, Limitations and Clear Language, then
there exist **TWO WAYS** to handle this Constitutional TREASON:
(1) Initiate Constitutional Process to amend;  (2) Resign from office,
as opposed to committing Treason.

The Constitutional job of the federal judiciary, is to support
the Constitution **FIRST** and to uphold its Clear Language and keep
our federal political (hawks) subdivision within Constitutional
Limits and Facts using the Clear Language and its meanings and words.

Framers intended to restrain federal and State politicians/judges
and cops.

> "The Congressional discretion is limited to putting into
> [action], powers specifically granted within the
> Constitution and that's final."  (edit)

**Mutual Film Corp. v. Industrial Com.**, 236 U.S. 230, 59 L.Ed. 552;
**Panama Reg. Co. v. Ryan**, 293 U.S. 388, 79 L.Ed. 446.


**VI.**                         **JUDICIAL POWERS**

"The judicial department of every [State and Federal political
subdivision], government is rightful expositor of its laws; and
**E-M-P-H-A-T-I-C-A-L-L-Y** of its Supreme Law [The Federal Constitution]."

————————————————————————

-41-

**Bank of Hamilton v. Dudly**, 2 Pet. 492, 7 L.Ed. 496. "The Federal Constitution invests the judiciary, **NOT THE LEGISLATURE** with the **FINAL POWER** to construe the Laws [made pursuant to and authorized in the clear language of the Constitution]." **Nationwide Mut. Ins. Co. v. Darden**, 112 S.Ct. 1344, 117 L.Ed.2d 581; **Holtzman v. Schesinger**, 414 U.S. 1304, 38 L.Ed.2d 18. "Where legislative power is undefined, it includes judicial and executive attributes." **Cooper v. Telfair**, 4 Dall. 14, 1 L.Ed. 721.

for the Courts and central political regime to construe that they have police powers through the clearly definable language in **Articles I, §8, cl. 3; §9, cl. 2; IV, §3, cls. 1 & 2**, is the equivalent of defining "an alligator as an unfeathered parakeet." and as Washington State Supreme Court Justice Fairhurst said, "Absurd Speculation" because that's how ridiculous the federal courts and government "full-of-bull," defining the Commerce Clause "as a Police Clause." "Its Phony". It's treason as it violates every member of Congress, Judge and the President and Vice-President along with their political stooges' Oaths of Constitutional Office to **SUPPORT** and/or Defend the Constitution of the United States.

There is a major difference between defining and/or clarifying

------------------------------

language in the Constitution, than as the federal de facto courts
and regime has done to add language that **DOES NOT AND NEVER HAS
EXISTED** to create federal police powers.

    The Facts, Limitations and Clear Language Constitutional Doctrine
set out in the **Federalist Papers** and **Committee of Details Notes/Records**,
the federal Constitution didn't mention any granting of federal
police authority to the political subdivisions because "in fact"
it was **CLEARLY** the Framers commands to strip all federal police powers
from the federal political subdivisions so as to prevent future
tyranny. **THAT'S THE CLEAR LANGUAGE**!!!

    For this or any court to say that **Article I, §8, cl. 3**
authorizes federal police powers is unreasonable and out and out
**TREASONABLE** against We the People, States and the United States
Constitution, et. al..

    The Constitution prohibits Congress and the Executive branches
from assuming police powers, thus, federal courts **SHALL NOT BE ALLOWED**
to assume police powers through delegation of police powers in the
first instance because no such authority exists within the federal
Constitution to grant a forbidden police power to federal courts.
See: **Sheldon v. Sill**, 8 How. 441, 12 L.Ed. 1147; **Hayburn**, 2 Dall.

-----

-43-

409 (1793); **(U.S. v. Todd)**, 13 How. 52, 14 L.Ed. 47; **In Re Sandborn**, 148 U.S. 222, 37 L.Ed. 429; **Rice v. Ames**, 180 U.S. 371, 45 L.Ed. 577.

The federal regime and its de facto courts have jurisdiction **ONLY IF** the federal regime has **EXCLUSIVE** jurisdiction, i.e.; ceded by the States in accord with the Constitutions' cession of property and/or over such federal enclaves or territories owned by the federal regime." See: **Franklin v. U.S.**, 216 U.S. 559, 54 L.Ed.2d 615; **U.S. Const. Art. I, §8, cls. 17 & 18**; Federal Criminal Authority, **Article I, §8, cls. 4, 6 & 10; Art. III, §3, cl. 1**.

The federal criminal jurisdiction is an act of treason as applied pursuant to **Article IV, §3, cl. 1** because the federal political subdivisions did in fact, "form and erected" a federal police state jurisdiction in their State of conviction and in all 50 States, through acts of violently overthrowing the U.S. Constitution.

> "New States may be admitted by Congress into this Union, **BUT NO NEW STATES SHALL BE FORMED OR ERECTED WITHIN THE JURISDICTION OF ANY OTHER STATE...**"

id.: **U.S. Const. Art. IV, §3, cl. 1**.

Judicial theft of the Bill of Rights i.e.; **Amendments 1-10** as to seize control of Grand Juries so as to almost always assure criminal indictments against We the People, i.e.; joinders and

_____

petitioners, and then select jurors for trials by federal employees
for the 100% conviction rate, deny access to the courts, denial
of assistance and the right to present a defense, confront witnesses
and prejudice;  denial of the right to own and have arms; invade
our homes and murder and/or railroad every Tom, Dick and June into
treasonable holocaust prisons by corrupt and rigged federal courts,
i.e.;  U.S. District Courts, Courts of Appeals and U.S. Supreme Court,
is a complete **OVERTHROW OF THE U.S. GOVERNMENT**, i.e.;  Constitution,
thus making this Court, its judges and political masters, criminals,
cowards and treasonable **THUGS**.

Both petitioners and joinders were convicted by acts of treason,
as this court, and **NO** federal courts have police jurisdiction to
erect and form police powers in any of the 50 States.  Thus, in
simple terms;  Those criminal convictions are without Constitutional
force and effect to continue to enforce these criminal judgments
against Petitioner's Veatch, Navarro and Joinders A-Z as it is an
unconscienciousable act of political subdivision treason and crimes
against humanity.

### ROCKY NAVARRO'S RIGHTS TO OWN FIREARMS CANNOT BE ABRIDGED IN ACCORDANCE WITH THE SECOND AMENDMENT TO THE U.S. CONSTITUTION

---

The federal political subdivision with its treasonable Congress, Presidents and federal courts, did in fact commit **TREASON** against the U.S. Constitutions' Amendments Two (2) and Six (6), in particular, **U.S. Const. Amend. 2**, the Constitutional Facts, Limitations and Clear Language Doctrines clearly make **18 U.S.C. §924(c)(1)** expressly, in plain English **UNCONSTITUTIONAL** and shows a violent overthrow of the Bill of Rights by the federal political subdivision of present and past.

> "A well regulated Militia being **NECESSARY** to the **SECURITY OF A STATE, THE RIGHT**..."

[A Constitutional Right granted to politically convicted and non-convicted is **NOT** an option, it's a **MANDATORY RIGHT** under U.S. Constitutional Amendment Two (2), unless Congress and the D.C. thugs want to amend the Constitution and attempt to win two-thirds of the States' Legislatures' agreement/consent and take away a We the People mandatory Right to keep and bear arms.].

> "...**OF THE PEOPLE TO KEEP AND BEAR ARMS, SHALL NOT BE I-N-F-R-I-N-G-E-D**"

[It's a right of the People, not Congress, the Court and President of this vile and treasonable political regime].

The Right to keep and bear arms was/is being immediately infringed

---

-46-

against.  Mr. Navarro, and in plain English and Constitutional Facts
and Jurisdictional Limitations, makes **18 U.S.C. §922 & §924** and all
gun laws passed into law, "Acts of Treason" and makes Mr. Navarro's
conviction unconstitutional, as this court and **NO** federal court may
enforce Judgment against anyone who keeps and bears arms.  It's a
Right under Constitutional Amendment Two (2), and thus, federal
courts lack jurisdiction to enforce unconstitutional judgments under
their Oaths of Office pursuant to **U.S. Const. Articles, II, §1, cl. 8;
VI, cl. 3;  and Const. Amendments 1, 2, 4, 5, 6 and 14 et. seq.**.

Mr. Navarro's criminal conviction, although, like Mr. Veatch,
may continue on "paper" as being convicted, but this court **CANNOT
CONSTITUTIONALLY ALLOW** the judgment to continue to be enforced under
the Judges Oath to **SUPPORT THE CONSTITUTION**.

The Court must ORDER George W. Bush and Warden Winn and/or the
co-conspirators in TREASON to release both Mr. Navarro and Prof. Veatch
and instantly declare **18 U.S.C. §§922 and 924** as having exceeded
Congress' and President George W. Bush's, George H. W. Bush's and
William Clinton's authority and that the court lacked jurisdiction
to uphold Acts of Treason by this political subdivision in intentionally
and with malice, passing unconstitutional statutes to wit:  **21 U.S.C.**

-47-

§841-§852;   18 U.S.C. §922-§924;   18 U.S.C. §§371;   §1014;   §1344;
§1956-§1961;   42 U.S.C. §408.

### EXTRAORDINARY JURISDICTION
### FEDERAL RULES OF CIVIL PROCEDURE 60(b)

For over 20 years the federal regime committed **FRAUD UPON THE
COURTS** by claiming that federal judges had to enforce a treasonable
and unconstitutional scheme of mandatory sentencing guidelines.
The federal regime admits that for over 20 years, it **COMMITTED TREASON**
and denied Citizens **FAIR TRIALS** and blackmailed and extorted guilty
pleas through force and violence against all that came before this
reprehensible federal justice system.  Either plead guilty or get
10 times more time in prison, i.e.;  Veatch and Navarro, who both
went to jury trial and were enhanced, i.e.; railroaded to additional
multi-years in prison.  This system denied fair trials by acts of
intentional treason as admitted in **U.S. v. Booker/Fanfan**, 160 L.Ed.2d
____ (2005), as these judges, prosecutors, Congresspersons and
Presidents intended to deny fair trials in violation of their Oaths
of Office.  That is verified treason herein.

These political officials know they were denying fair trials

_____

for over 20 Goddamn years and screwed Veatch and Navarro and
millions of legally innocent people out of their **LIVES...MONSTEROUS**!!!

This certainly meets the Supreme Court test of "seriously
affecting the fairness, integrity or public reputation [of all],
judicial proceedings." See: **Johnson v. U.S.**, 520 U.S. ____,
117 S.Ct. at 1549 (1997).

Under the **Johnson** (supra) doctrine, this court or any other
court must correct errors not raised or preserved:

> "...the court can correct an error not raised at trial,
> there must be (1) error, (2) that is plain, and (3) that
> affects substantial rights."

[Fair Trials are the most important right in a criminal trial].
**id.** @ 507 U.S. 732; 113 S.Ct. @ 1776.

> "If all three conditions are met, an[y] court must then
> exercise its discretion to notice a forfeited error,
> but only **IF** (4) the error[s] affects the fairness,
> integrity or public reputation of judicial proceedings."

**Ibid.**, **Johnson v. U.S.**, 117 S.Ct. 1544, 1549 (1997).

Certainly, treason against the United States for over 50 years
in denying fair trials, does in fact, condemn the courts and made and
makes a mockery out of any fairness, public reputation and/or judges'
integrity. That goes without even saying it, the actions of the

_____

-49-

courts and these sly Washington, D.C. pimps proves it.  Rubber Stamp
Injustice.

Most certainly, these federal judges allowed these political
regimes to erect and form treasonable police jurisdictions within
the States, that is prohibited in the United States Constitution
under **Article IV, §3, cl. 1**.  That also divest enforcement of
judgement against Veatch and Navarro.

## CONCLUSION

This Court must ORDER that the judgments that made the
enforcement of Professor Veatch and Mr. Navarro's conviction **VACATED**
due to lack of jurisdiction and because Congress, the Federal Courts
and Presidents exceeded their limitations upon power in passing
federal criminal statutory police state law by erecting and forming
a federal police state jurisdiction in all 50 States and in general,
as plead, by Acts of Treason.

Thus, also declare all criminal statutory laws herein as
unenforceable judgments and ORDER Professor Veatch's and Mr. Navarro's
**IMMEDIATE RELEASE**.

This Court must **GRANT** this Great Writ of Habeas Corpus,

_____

**U.S. Const. Art. I, §9, cl. 2** as the very survival of our Nation depends upon the Supreme Law of the Land, a.k.a. The Federal Constitution and respect for its Clear Language, Facts and Limitations Doctrines therein.

Dated this, the ___/___ day of ___*Sept.*___, 2005.

Respectfully Submitted,

Prof. Ron Veatch, of Law, _____.
Attorney of Record for Petitioners
No. 11079-008   F.M.C. Devens
P.O. Box 879
Ayer, Massachusetts   01432

Rocky Navarro, petitioner
Hosp. Unit P
Box 879
Ayer, MA. 01432

-51-

## Certificate of Service

On _Sept. 1_____ 2005 , a true copy of **Petition**
for the Great Writ of Habeas Corpus U.S. Constitution Article
I §9 Cl.2; and <u>NOT</u> Post Conviction Statutory Remedy 28 U.S.C.
§2241; In Re: Treason In the Violent Overthrow of the United
States Constitution Justifying Reversal of Federal Police
State Convictions Not Authorized In Articles I §8 Cl.3; VI
Cl. 3; II §1 Cl.8; and Amendment 14 And Brief. was mailed
via First Class Postage to:

_Clerk_____          _Robt. Sealander_____
_U.S. District Court_          _6111 Romaine St. Suite 6_
_One Courthouse Way_           _L.A._____
_Boston, Ma 01220_             ____ _CA. 90036_

Def^acto _U.S. Attorney_____
_One Courthouse Way_

_Boston, Ma. 01220_
        ,

~~R. Sealander~~

~~R. Navarro~~

_Ron Veatch, of Law,_ ■■
_Box 874_
_Ayer, Ma. 01432_