Veatch v. Bush
#05-40145-DPW

Dear Judge,                Sept. 21, 05

On 9-8-05 we filed a Writ of Habeas Corpus US Const. Art. I § 9 cl. 2, for TREASON, based on lack of government judicial jurisdiction as a Police State.

I demand that you issue a show cause order (or give this Writ's Hare 20 days.

I would hope you're not going to stonewall (or obstruct justice, as most all fed. districts does do to protect your political masters. Your Oath Art. VI cl. 3.

Thank You
Prof Rev Veatch tal

Plaintiffs