```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

PROF. RON VEATCH, of Law, et    )
al.,                            )
                                )
          Petitioners,          )
                                )
                                )   C.A. No. 05-40145-DPW
          v.                    )
                                )
GEORGE BUSH, et al.,            )
                                )
          Respondents.          )
```

                        ORDER FOR DISMISSAL

WOODLOCK, D.J.

    For the reasons set forth in the Memorandum and Order this date, directing dismissal of this action, it is hereby ORDERED that the above captioned matter is dismissed in its entirety.


                                            By the Court,

                                            /s/ Michelle Rynne
                                            Deputy Clerk

Dated: October 3, 2005