10-3-05

Dear Clerk & Judge,

   Please issue me 15 in blank subpoenas signed by the clerks office.

   Also, set a oral hearing date on Nov. 16, 05 @ 1pm as to contempt, sanctions & obstruction of justice against defendants. And for an injunction hearing against defendants federal & treasonable police state by their entire political subdivisions. Thanks.

Sincerely,
Ron Veatch
Atty of Record

Veatch v. Bush #05-40145-DPW

Also - Judicial Notice - if the judge, who is a member of the defendants political subdivisions has not issued a show cause - then he needs to recuse pursuant to 28 USCS 455 (a)(b) due to personal conflict of interest due to the fact that his political boss has committed treason & is a defendant herein. Thanks