IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS-BOSTON DIVISION

The People's Constitutional    :
De Jure Government of the
United States of America, et al, :
and President Ron Veatch
          plaintiff,            :

v.                              :    Case No.  05-40145-DPW

                                :    *AND*
                                     *4-05-CV 40180*
De facto Treasonable Regime
Republican Political De facto   :    *Notice of Appeal & Motion To*
President George W. Bush, et al      *Stay Notice Until Recusal &*
          defendant.            :    *Objections are Ruled On —*
                          00o00

PLAINTIFFS OBJECTIONS AND ~~AND~~ THEIR REFUSAL TO OBEY
COURTS TREASONABLE ORDER AND MOTION TO RECUSE
MR. D___ P___ W___ POSING AS A FEDERAL JUDGE AND BRIEF

Plaintiffs/petitioners and joinders A-2 jointly and together name Mr. D___ P___ W___ to recuse as he is bias and corrupt in conspiracy and directly connected to defendants political subdivisions and has in fact, committed treason in the violent overthrow of the Federal Constitution with his codefendants herein and and thus pursuant to 28 U.S.C. §455 (a)(b)(c) and should **NOT** have entered any order, as an inherent and personal conflict of interest is self evidence on its face.  D.P.W. should have and must now recuse and withdraw his corrupt court order in attempting to cover-up an obstruction of justice in a pattern of racketeering and aiding **TREASON** on behalf of defendants and his/theirs political subdivisions as plead on September 8, 2005, suspending complaint.

<u>JURISDICTION</u>

Next, Mr. D___ P___ W___ attempts to relabel plaintiffs

Constitutional Writ of Habeas Corpus as a 28 U.S.C. §2255. This man, first is not an Article III federal judge and has **NO** authority to issue any Court **ORDERS**, as he has betrayed the Constitution under its mandatory oaths/affirmations to support the Constitution pursuant to Article III, Cl. 3 and Amendment 14.

The United States Supreme Court has ruled that, a federal court, assuming arguments that D.P.W. may even be considered a federal court employee has any Constitutional authority, cannot relabel these **TREASON** joinders and plaintiffs pleadings.

The facts are that this de facto regime and its puppet courts have consistently overthrown Article I §9 cl. 2 as NOT a single Writ of Habeas Corpus has been issued under Article I §9 cl. 2 in over 55 YEARS. That is proof of full suspension and **TREASON**. When 28 U.S.C. §2255 was enacted into "non-positive" law, the purpose was to supposedly streamline the Habeas Corpus procedures and NOT abolish it, but that is exactly the intent of these treasonable courts today. Thus, the suspension clause does, in fact, apply. Under these defendant courts it may prove that the Habeas Corpus is continuously used and that MR. D.P.W. and his treasonable codefendants cannot do, as not a single Constitutional Habeas Corpus has been issued and/or favorably ruled on in over 55 YEARS. The Habeas Corpus Article I §9 cl. 2 is fully suspended. D.P.W., on behalf of his codefendants' argument is factually frivolous and D.P.W. should be sanctioned , as he did NOT make an Order independantly, but an Order based upon 100%bias corruption and **TREASON**, by aiding in the violent overthrow of these United States, its Government, A.K.A., Federal Constitution , and against We the People and our

50 sovereign States cesspool of injustice.

The United States Supreme Court has held that s district court **SHALL** not relabel a pro se petitioner's pleadings into becoming a 28 U.S.C. §2255.  See: <u>Astro v. United States</u>, 157 L.Ed 2d 778 (2003).  The <u>First Circuit</u> has ruled that 28 U.S.C. §2255 is improper as a basis to rule upon judicial error, and the **TREASONABALE** judicial error of enforcing **JUDGEMENT** upon a treasonable construction is improper in a §2255.  See <u>Arilo-Munoz v. United States</u>, 404 F.3d 527 (1st Cir. 2005)

The case before this jurisdiction is proper and just, as both actual, factual and persons jurisdiction of these defendants and plaintiffs as all of them reside in this district.

The order by Mr. <u>D.P.W.</u> is clearly erroneous and factually unconstitutional.  It is absurd to imply that this district does NOT have authority to rule upon treason and the Writ of Habeas Corpus by outrageous conjecture that Article 1 §9 cl. 2 is overthrown by Congress and its puppet court under 28 U.S.C. §2255.

More astounding is that the DEFENDANTS admit to TREASON in the overthrow of the United States of Americas Government i.e. The Federal Constitution.  D.P.W. admits to TREASON as he did NOT deny FACTS and did in fact, bring up TREASON in the violent overthrow of the United States Government by these defendants.  Thus, the legitimate government of the United States of America is the Peoples Constitutional De jure Government of the United States of America, by and through President Ron Veatch.

Wherefore plaintiffs move D.P.W. to recuse as plead; and withdraw his order and resign from the federal court as a treasonable employee

and that President Ron Veatch and these plaintiffs and the "De jure Government" be granted mass habeas corpus and recognized as the Constitutional Government of the Unites States of America, and that George W. Bush and his entire defacto regime of officials be and the same ordered arrested for treason.

Dated, this the  10  day of  Nov.  , 2005.

Respectfully Submitted,

Hon/ Ron Veatch, et al
Attorney of Record and
Attorney General for the
plaintiffs, for the Peoples
Constitutional De jure Government
of the United States of America
on behalf of 250 million citizens
and 250,000 in prison citizens
by acts of treason via defedants
Treasonable Federal Courts.

Note 1/ Its very clear the Clerk And Mr Woodlock are obstructing justice And rigging filings in the Clerks office As both 05-40145-DPW AND 4-05 240880 DPW ended up before Mr Woodlock. And thats Judge shopping & treason. These pleadings were not a 1983 not 2852255 And, Any idiot in Constitutional Law knows that much, Thus Woodlocks Actions Are criminal obstruction in conspiracy with the clerks office. Treason to protect Woodlocks political Thug regime. Thats the USA. Sick! Evil!

-4-

Clerk

P.S. No copies made because the DOJ Gov. Thugs that run your holocaustic injustice system refuse to allow copies so just mail me my copy stamp filed. Boston Tea Party, my ass.