UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-40145

The People's Constitutional De Jure Government of the United States of America, et al

v.

George Bush

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 11/18/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 7, 2005.

Sarah A. Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 12/8/05.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/05

APPEAL, HABEAS

# United States District Court
## District of Massachusetts (Worcester)
### CIVIL DOCKET FOR CASE #: 4:05-cv-40145-DPW

Veatch v. United States Defacto Regime et al
Assigned to: Judge Douglas P. Woodlock
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 08/24/2005
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Prof Ron Veatch**
*of Law, IJD*

represented by **Ron Veatch**
11079-008
FMC Devens
PO Box 879
Ayer, MA 01432
PRO SE

V.

**Respondent**

**United States Defacto Regime**

**Respondent**

**George W. Bush**

**Respondent**

**David Winn**
*Warden FMC Devens & A-Z*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/24/2005 | 1 | PETITION for Writ of Habeas Corpus (2241) $ 0.0, receipt number NA, filed by Ron Veatch.(Hassett, Kathy) (Entered: 08/24/2005) |
| 09/06/2005 |  | Receipt # 66642 $5.00 for Writ of Habeas Corpus. (Nici, Richard) (Entered: 09/06/2005) |
| 09/09/2005 | 2 | AMENDED Petition against United States Defacto Regime, George W. Bush, David Winn, filed by Ron Veatch. (Attachments: # 1 Part 2)(Nici, Richard) (Entered: 09/09/2005) |
| 09/23/2005 | 3 | Letter/request (non-motion) from Ron Veatch. (Nici, Richard) (Entered: 09/26/2005) |
| 10/03/2005 | 4 | Judge Douglas P. Woodlock : MEMORANDUM AND ORDER entered: |

| | | |
|---|---|---|
| | | for the reasons set forth in the Memorandum and Order the Court denies the petitioners' request for a writ of habeas corpus and orders that action be dismissed.(PSSA1) (Entered: 10/03/2005) |
| 10/03/2005 | 5 | Judge Douglas P. Woodlock : ORDER OF DISMISSAL entered. [Remark: Memorandum and Order for dismissal and Order for Dismissal also mailed to Rocky Navarro at FMC Devens].(PSSA1) (Entered: 10/03/2005) |
| 10/05/2005 | 6 | Letter/request (non-motion) from Ron Veatch. (Nici, Richard) (Entered: 10/06/2005) |
| 11/18/2005 | 7 | MOTION to Stay & Notice of Appeal by Ron Veatch.(Nici, Richard) (Entered: 11/21/2005) |
| 11/18/2005 | 8 | NOTICE OF APPEAL by Ron Veatch. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 12/8/2005. (Nici, Richard) (Entered: 11/29/2005) |
| 11/29/2005 | | Judge Douglas P. Woodlock : Electronic ORDER entered re 7: TREATED AS NOTICE OF APPEAL. All other relief sought DENIED. (Rynne, Michelle) (Entered: 11/29/2005) |