# United States Court of Appeals
## For the First Circuit

No. 05-2834
DC No. 05-40145

RON VEATCH, Prof. of Law, IJD,
Petitioner, Appellant,

ROCKY NAVARRO,
Petitioner,

v.

UNITED STATES DEFACTO REGIME; GEORGE W. BUSH;
DAVID A. WINN, Warden, FMC Devens & A-Z,
Respondents, Appellees.

### ORDER OF COURT

**Entered: February 3, 2006**

This court has received a request to proceed on appeal in forma pauperis. This is not a compliant request for in forma pauperis and is denied without prejudice to refiling.

**The appellant is directed to re-file a compliant motion, Form 4 (financial affidavit) along with a completed *statement of issues* section and certified prison trust account statement in this District Court of Massachusetts on or before February 17, 2006.** See Fed.R.App.P. 24. The appellant is further directed to notify this court in writing of the steps taken regarding the outstanding fees by February 15, 2006 and *every* thirty days thereafter until the fee issue is resolved.

Failure to pay the filing fees of $255.00 for each notice of appeal filed to the Clerk of the District Court or to file a compliant request for in forma pauperis status in the district court by February 17, 2006, will result in this appeal being dismissed for lack of prosecution in accordance with Local Rule 3(b).

By the Court:

Richard Cushing Donovan, Clerk

By: _____
Operations Manager.

[ cc: Messrs: Veatch and Sullivan]