

**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

No.   05-2834
DC No. 05-40145

RON VEATCH, PROF. OF LAW, IJD,
Petitioner, Appellant,

v.

UNITED STATES,
Respondent, Appellee.

JUDGMENT
ENTERED: May 25, 2006
Pursuant to 1st Cir. R. 27(d)

By notices issued on February 3, 2006 and March 6, 2006, appellant was notified that he was in default for failure to pay the filing fee. Appellant was warned that failure to take action would result in the dismissal of this appeal for lack of diligent prosecution. The March 6, 2006 notice, which was mailed to F.M.C. Devens was returned as undeliverable.

Appellant having failed to pay the fee by the March 21, 2006 deadline and to keep this court informed of a current address, it is hereby ordered that the above-captioned appeal be dismissed for lack of prosecution. See Loc. R. 3(b).

By the Court:

Richard Donovan, Clerk

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk
Deputy Clerk
Date: JUL 17 2006

By: _____
     Operations Manager

[cc:  Messrs. Veatch, Sullivan]